✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

8:26 am, Sep 05 2024
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____R.C.____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 1:24-mj-2153-CDA |
| JERRY JOHN MATHINS, | ) |
| a/k/a "John Rollie" | ) |
| a/k/a "John Rolle Back," | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Daniel F. Kenney, being duly sworn does depose and state the following:

### PURPOSE OF THE AFFIDAVIT

1. I submit this affidavit in support of a criminal complaint and arrest warrant for Jerry John MATHINS charging him conspiracy to commit odometer tampering, in violation of 49 U.S.C. §§ 32703(4), 32709(b).

2. Title 49 of the United States Code Sections 32703(2), (4) prohibit disconnecting, resetting, altering, or having disconnected reset or altered, an odometer of a motor vehicle intending to change the mileage registered by the odometer, or conspiring with another to do the same. A related provision, 49 U.S.C. § 32709(b), criminalizes knowing and willful violations of Chapter 327 of Title 49 or regulations prescribed under Chapter 327 of Title 49.

### AGENT BACKGROUND

3. I am a Special Agent with the United States Department of Transportation ("USDOT"), National Highway Traffic Safety Administration ("NHTSA"), Office of Odometer Fraud Investigation ("OFI"). I have been employed in this capacity since September 2017. My NHTSA responsibilities include monitoring compliance with, enforcing compliance with, and

1

1:24-mj-2153-CDA

investigating violations of laws and regulations governing safety and commerce. Among those laws and regulations are Title 49, United States Code, Section 32703, and Title 49, Code of Federal Regulations, Part 327, which prohibit disconnecting, resetting, or altering a motor vehicle's odometer with the intent to change the number of miles located thereon. From March 2012 through September 2017, I was a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations ("HSI"). As a Special Agent with HSI, I conducted and led criminal investigations involving extreme sensitivity, scope, and complexity. Specifically, I conducted a variety of investigations ranging from child exploitation to narcotics smuggling. Prior to my employment with HSI, I was a Special Agent with the Department of State, Diplomatic Security Service for over 10 years. As a duly sworn Federal Agent, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with the authority to execute search warrants issued under the authority of the United States.

4. NHTSA is an agency within USDOT that is responsible for keeping people safe on America's roadways through enforcing vehicle performance standards and partnership with state and local governments. OFI is within NHTSA and is tasked with reducing the cost of vehicle ownership by deterring odometer fraud and conducting criminal investigations against dealerships and other entities that are suspected of altering the mileage of vehicles.

5. I have personally participated in the investigation of the offenses referred to herein and have reviewed reports and have had discussions with other Special Agents, Task Force Officers (TFOs), and employees of the FBI, as well as other law enforcement agencies related to the investigation of the subjects. I am fully familiar with the facts and circumstances of the investigation.

1:24-mj-2153-CDA

## BACKGROUND AND OVERVIEW OF THE INVESTIGATION

6. Since August 2021, the United States Department of Transportation, National Highway Traffic Safety Administration ("NHTSA") and the Federal Bureau of Investigation ("FBI") have been conducting an investigation into the sale of vehicles by COMPANY 1 with fraudulently lowered odometers. Based upon physical and electronic surveillance, a controlled purchase of a vehicle from COMPANY 1 with a rolled back odometer, cell phone analysis, as well as other methods of investigation, investigators were able to determine that MATHINS and other co-conspirators are responsible for the sale of vehicles with fraudulently lowered odometers to unsuspecting purchasers throughout the Baltimore Metropolitan area.

7. CO-CONSPIRATOR 1 is the President of COMPANY 1.

8. CO-CONSPIRATOR 2 sells vehicles on behalf of COMPANY 1.

9. CO-CONSPIRATOR 3 sells vehicles on behalf of COMPANY 1.

10. CO-CONSPIRATOR 4 owns and operates COMPANY 2.

11. COMPANY 1 is a licensed automotive dealership business owned by CO-CONSPIRATOR-1 and located at 8322 Pulaski Highway, Rosedale, Maryland 21237.

12. COMPANY 2 is owned by CO-CONSPIRATOR 4 and is located on the lot next to COMPANY 1. COMPANY 2 operates as a privately owned business, licensed by Maryland MVA to conduct general tag, title, and registration related transactions for the public.

13. Moniekens Auto LLC ("Moniekens") is a business owned by MATHINS with an address listed as 7421 Washington Boulevard, Elkridge, Maryland 21075. However, Moniekens is located in a trailer along with an adjacent lot, on a gravel road with numerous other automotive businesses.

14. As a part of the investigation, NHTSA applied for a search warrant authorizing a

1:24-mj-2153-CDA

search for electronically stored information from CO-CONSPIRATOR 2's cellular telephone. On April 9, 2024, U.S. Magistrate Judge Charles D. Austin signed that search warrant. A review of CO-CONSPIRATOR 2's cellular phone identified communications with cellular number 240-491-8862. In CO-CONSPIRATOR 2's cellular phone, the cellular number 240-491-8862 was listed under the name "John Rollie." The communications between CO-CONSPIRATOR 2 and John Rollie included requests by CO-CONSPIRATOR 2 to roll back the odometers of certain vehicles.

15. A check of law enforcement databases showed that the number 240-491-8862 was associated with an individual identified as Jerry John MATHINS (MATHINS), the owner of Moniekens Auto.

16. Additionally, on July 17, 2024, U.S. Magistrate Judge David Copperthite signed a search warrant for Google account data associated with MATHINS and CO-CONSPIRATOR 3. A review of the data related to CO-CONSPIRATOR 3's account showed a contact named "John Rolle Back" with the phone number of 240-491-8862, known to be used with MATHINS.

17. Subsequently, a premises warrant was executed on various locations, including the premises of Moniekens as well as MATHINS' residence. Upon execution of the warrant, several items were seized evidencing MATHINS' involvement in the conspiracy to fraudulently roll back odometers that are eventually sold to unsuspecting customers.

## Jerry John MATHINS

18. MATHINS is a male and his date of birth is in 1974. He currently resides at 7203 Mill Creek Court, Laurel, MD 20707. The investigation has revealed that his phone number is 240-491-8862 with wireless service provided by T-Mobile.

1:24-mj-2153-CDA

## PROBABLE CAUSE

### Odometer Fraud

19. Based on your affiant's training and experience as well as conversations with other law enforcement officials who investigate odometer fraud and odometer tampering, your affiant is familiar with the methods and tools used to alter mileage readings on vehicle odometers, as well as to commit odometer and title fraud.

20. While the exact methods of operation used by those involved in altering or "rolling back" odometers vary, there is a pattern that is often found in such cases. Persons engaged in rolling back odometers generally purchase late-model, high-mileage used cars from other individuals, dealers, or at auto auctions. The cars are then brought back to a location, where the cars are "cleaned up" to be made more attractive for resale. Such work may include legitimate preparation, such as washing and polishing, painting, installing new tires, and performing minor physical and mechanical repairs. Around that time, the dealer or someone under their direction will alter the odometer to reflect a false, lower mileage. That is usually done by disassembling the car's dashboard and resetting the odometer to a false lower number, replacing the entire instrument cluster[1] with an identical one with lower miles, or by simply re-programming the odometer using an electronic odometer programming tool.[2]

21. Once the individual or dealer has altered the odometer and otherwise prepared the vehicle for re-sale, he may offer the vehicle for sale to the general public or sell it to another car

---

[1] An instrument cluster contains displays and gauges that enable a driver to operate the vehicle. It also provides information related to the speed, odometer, tachometer, oil pressure, fuel, etc., along with various indicators for system malfunctions and warnings.

[2] To reprogram using an electronic odometer programming tool, the odometer programming tool is plugged into the diagnostic service port of a vehicle. In some cases, the vehicle cluster is removed and the mileage is reprogrammed directly on the cluster.

5

dealer, either directly or through an auto auction. The mileage or odometer reading is a very important factor in determining the price and condition of a used motor vehicle and an accurate indication of the mileage assists a buyer in deciding the safety and reliability of the vehicle.

22. Several types of documents are involved in the sale of a used motor vehicle. Notwithstanding exemptions, federal law requires that all sellers of motor vehicles must, at the time of sale, prepare and sign an Odometer Disclosure Statement, which the buyer will sign as well, disclosing the vehicle's then current odometer reading. *See* 49 U.S.C. § 32705 (formerly codified at 15 U.S.C. § 1988); 49 C.F.R. § 580.5. Motor vehicles typically have a corresponding title, issued by the state department of motor vehicles (or its equivalent), which shows the registered owner of the vehicle and whether there are any outstanding liens or other security interests against it. The front of the title will show either the car's original odometer reading at the time of purchase from the manufacturer's dealer representative, or, if the car has been subsequently resold, the title will show the vehicle's odometer reading as of the time the new owner's title was issued.

23. A dealer who rolls back an odometer will receive from the previous owner a title (i.e., a state-issued Certificate of Title and sometimes a separate re-assignment supplement) or bill of sale that usually shows the true "high" mileage for that vehicle. The mileage listed on the title or other motor vehicle documents will therefore not correspond to the odometer of a motor vehicle once the odometer has been altered. In this way, the comparison of the mileage information of an unaltered title and the mileage displayed on a vehicle's instruments may constitute evidence of an odometer rollback. In addition, motor vehicle documents may constitute evidence even where they contain accurate mileage information. These documents may reveal, for example, the previous

high mileage of a vehicle, and/or an individual's knowledge of titling requirements and odometer certification, or a pattern of dealing.

24. Additionally, in some instances, a dealer may overwrite or remove the mileage already written on the vehicle's title and sell it directly to unsuspecting victims without obtaining a new title with false low mileage.

25. AutoCheck and Carfax are companies that provide information on used cars, including the mileage of the car when the mileage is reported incident to the vehicle's servicing, registration, or sale, and when sold at an auction. Consumers often use AutoCheck and/or Carfax reports to check the mileage and mileage history on a used car. Although often reliable and accurate sources of mileage history information, neither Carfax nor AutoCheck are failsafe in detecting or flagging mileage discrepancies. This is particularly true when these sources of information are used by operators of odometer fraud schemes to identify vehicles which are missing current or updated mileage information, thereby more aptly enabling the wrongdoer to alter a vehicle's odometer without detection.

## **COMPANY 1 Odometer Roll Back Conspiracy**

26. Throughout this investigation, your affiant has determined that CO-CONSPIRATOR 1 is the president of COMPANY 1, a licensed automotive dealership business located at 8322 Pulaski Highway, Rosedale, Maryland 21237. Your affiant has also learned that CO-CONSPIRATOR 2 and CO-CONSPIRATOR 3 are employees of COMPANY 1.

27. The owners and employees of COMPANY 1 purchase vehicles from various auto auctions, including Manheim Auto Auction ("Manheim") located in Elkridge, Maryland.[3]

---

[3] COMPANY 1 has also purchased vehicles through auction at the Bel Air auto auction. However, most of the information in this case has involved vehicles obtained at Manheim auctions.

Investigators believe that once those vehicles are purchased and physically collected by a COMPANY 1 representative, they are taken back to COMPANY 1 or a third party, where many of the vehicles' odometers are fraudulently lowered. Investigators believe that MATHINS assists COMPANY 1 by rolling back the odometers for several vehicles subsequently sold by COMPANY 1. Once the vehicles are sold, many are titled through COMPANY 2 with the fraudulent mileage listed on the sale and title paperwork.

28.     Investigators obtained Manheim records showing, among other data, dates of vehicle sales, the identities of buyers and sellers at auction, the makes, models, and VIN numbers of vehicles, and the odometer reading, at the time of purchase, for vehicles purchased by COMPANY 1, its owner, and employees from Manheim and subsequently resold to new customers. Investigators, initially, compared the odometer information shown on Manheim's records with Carfax reports and noted that in many cases, the odometer reading on Manheim's records contained higher miles than those reflected in the Carfax reports. Investigators believe that means that the odometer mileage readings were lowered between the time of auction purchase and resale by COMPANY 1 and/or its owners/employees.

### Undercover Purchase of Vehicle from COMPANY 1

29.     In January 2024, investigators initiated an undercover operation at COMPANY 1 and COMPANY 2. The purpose of the operation was to identify and purchase a vehicle for sale at COMPANY 1 which had its mileage rolled back, then to title the vehicle through COMPANY 2.

30.     An undercover law enforcement investigator interacted with an employee at COMPANY 1, later determined to be CO-CONSPIRATOR 3, in reference to a light blue Honda Odyssey for sale at COMPANY 1. CO-CONSPIRATOR 3 informed the undercover law enforcement investigator that the vehicle had "good miles" but his nephew had the keys.

31. The vehicle was identified to be a 2009 Honda Odyssey with VIN# 5FNRL38769B024304. According to Manheim records, COMPANY 1 purchased the 2009 Honda Odyssey on January 2, 2024, with 203,274 miles. The undercover law enforcement investigator then interacted with an individual, later identified as CO-CONSPIRATOR 2. The undercover law enforcement investigator inspected the 2009 Honda Odyssey and learned that it displayed 126,482 miles on the odometer. The undercover law enforcement investigator entered COMPANY 1 to begin the paperwork to purchase the vehicle. A short time later, together, the undercover law enforcement investigator and CO-CONSPIRATOR 2 left COMPANY 1 and entered COMPANY 2 to complete the purchase of the 2009 Honda Odyssey.

32. An unidentified female processed the title paperwork at COMPANY 2 while CO-CONSPIRATOR 2 and the undercover law enforcement investigator were also present. The female requested $468 to process the title and said she had no change if the investigator could not pay the exact amount in cash. The undercover law enforcement investigator replied he or she only had $450 in cash, to which the unidentified female replied that she would accept $450. The unknown female placed the cash in the filing cabinet behind her.

33. The undercover law enforcement investigator counted out $4,700 in cash and handed it to CO-CONSPIRATOR 2 and he accepted payment for the blue Honda Odyssey. The undercover law enforcement investigator obtained a copy of the title to the vehicle from COMPANY 1 that shows the mileage was overwritten. A copy image of the title is below:

[Form image: Maryland Motor Vehicle Administration Assignment of Ownership and Dealer's Reassignment form, showing odometer readings of 203262 and 203274, dealership name O'Donnell Honda, and buyer "B City Auto & Leasing LLC"]

34. The undercover law enforcement investigator took possession of the vehicle and drove it to the staging area. Investigators examined the mileage on the odometer and it showed to be 126,486, which was significantly less than the known mileage of the Honda Odyssey when COMPANY 1 purchased it at auction.

**Search of CO-CONSPIRATOR 2's Cellular Phone and Communications with MATHINS**

35. During the course of the investigation, investigators learned that on February 20, 2024, officers from the Baltimore County Police Department ("BCPD") responded to the area of Alan Drive in Baltimore, Maryland for reports of a shooting. While officers were at the scene of the shooting, a subject walked into Ascension St. Agnes Hospital for emergency treatment. This

10

subject was identified as CO-CONSPIRATOR 2, a subject of the ongoing criminal investigation against COMPANY 1. The investigation revealed that CO-CONSPIRATOR 2 was shot on Alan Drive during an incident. Detectives from the BCPD Violent Crimes Unit responded to assist with the investigation. As part of their investigation, BCPD detectives seized CO-CONSPIRATOR 2's cell phone, a silver Apple iPhone 13 Pro Max.

36. On February 20, 2024, BCPD detectives obtained a search warrant in the Circuit Court for Baltimore County for the Apple iPhone 13 Pro Max. Between February 1, 2024, and February 20, 2024, BCPD extracted the data from CO-CONSPIRATOR 2's cell phone.

37. On April 9, 2024, U.S. Magistrate Judge Charles D. Austin signed a federal search warrant for electronically stored information extracted from the silver Apple iPhone in furtherance of the federal investigation against CO-CONSPIRATOR 2 and COMPANY 1. The warrant was executed on April 9, 2024, and investigators received CO-CONSPIRATOR 2's phone extraction from BCPD on April 29, 2024.

38. During the review of CO-CONSPIRATOR 2's phone extraction, investigators observed text messages between CO-CONSPIRATOR 2 and a subject that was using 240-491-8862. The 240-491-8862 phone number was saved in CO-CONSPIRATOR 2's phone with the name "John Rollie." On April 17, 2021, CO-CONSPIRATOR 2 sent a text message to 240-491-8862, believed to be used by MATHINS: "2007 Honda Odyssey 192,898 Original miles. Change to 115xxx[.]"

39. According to auction records from Manheim, CO-CONSPIRATOR 1 from COMPANY 1 purchased a 2007 Honda Odyssey, VIN #5FNRL38687B004608, on April 13, 2021, for $3,000 with 192,898 miles. According to the Maryland MVA title history for the 2007 Honda Odyssey, the Dealer's Bill of Sale represented that "Tomas Foley" purchased the vehicle from

11

1:24-mj-2153-CDA

COMPANY 1 with only 115,214 miles on April 5, 2021. The Dealer's Bill of Sale also represented that Tomas Foley, representing Tom's Auto Bank LLC, sold the vehicle to an unsuspecting victim on April 23, 2021. Both of these entries on the Dealer's Bill of Sale were fictitious. The investigation has determined that Tomas Foley is a fictitious person and, in fact, COMPANY 1 purchased this vehicle at auction. Additionally, according to the Maryland Vehicle Inspection Report dated April 23, 2021, the reported ending odometer reading was 115,407 for the 2007 Honda Odyssey and the customer's name was COMPANY 1 in the inspection report. Your affiant believes based on his training and experience that during this text conversation, CO-CONSPIRATOR 2 was communicating to the individual listed as "John Rollie," that he wanted the specified vehicle to have its odometer rolled back to approximately 115,000 miles.

40. A check of law enforcement databases showed that the number 240-491-8862 is used by MATHINS. On May 14, 2024, a Grand Jury subpoena was issued to T-Mobile for subscriber information and call detail records for the number. Returned records showed that the number was subscribed to an unknown person since 2017, however analysis has indicated that the number is being used by MATHINS. Furthermore, this number was listed as the phone number for MATHINS in a police report he made to the Howard County Police Department (HCPD) in 2020. Additionally, this number is listed as being used by MATHINS in several law enforcement databases. Your affiant believes this number is used by MATHINS.

41. Investigators found additional messages on CO-CONSPIRATOR 2's phone to MATHINS that indicated CO-CONSPIRATOR 2 was communicating with MATHINS in reference to the rolling back of odometers.

    a. Message dated August 15, 2023 from CO-CONSPIRATOR 2:

    2009 Honda Odyssey touring 270 – 126

1:24-mj-2153-CDA

Again, your affiants believe in this message, CO-CONSPIRATOR 2 is communicating to MATHINS to roll back the odometer on a 2009 Honda Odyssey from 270,000 miles to 126,000.

    b. Message exchange dated January 5, 2024:

> **CO-CONSPIRATOR 2:** What's good boss this Rick nephew I know you not in town I just had a question you ever had a problem with them infinity's after you hit it back?
>
> **MATHINS**: No I have not what happened
>
> **CO-CONSPIRATOR 2**: The nothing on the dash working but there is a few lights on and the battery in the car keep draining
>
> **MATHINS**: I have never experienced that before can you take off the battery head and put it back 20 seconds let see what happens let me know thanks

    42. Investigation revealed that on December 7, 2023, approximately one month before CO-CONSPIRATOR 2 communicated with the subject about rolling back the Infiniti, COMPANY 1 purchased a 2008 Infiniti G35, VIN: JNKBV61F78M262939, with 191,096 miles for $2,700. According to Carfax records, the vehicle was registered on December 29, 2023, with 117,050 miles. Your affiant Daniel Kenney believes based on his training, and experience, that when CO-CONSPIRATOR 2 writes "hit it back," he is referring to rolling back the odometer on the vehicle and that it is possible that the Infinity purchased on December 7, 2023, is the one referenced by CO-CONSPIRATOR 2.

    43. Furthermore, U.S. Magistrate Judge David Copperthite signed a search warrant for Google account data associated with jmathins@gmail.com (MATHINS' Google account) and another Google account associated with CO-CONSPIRATOR 3 on July 17, 2024. After serving that warrant on Google, Google produced records related to both accounts. A review of the data related to CO-CONSPIRATOR 3's account showed a contact named "John Rolle Back" with the phone number of 240-491-8862. This is the same phone number in CO-CONSPIRATOR 2's

1:24-mj-2153-CDA

phone for "John Rollie." Your affiant believes the naming of the individual by CO-CONSPIRATOR 3 and CO-CONSPIRATOR 2 as "John Rolle Back" and "John Rollie," respectively, is indicative of MATHINS' involvement in the scheme to "roll back" odometers.

44.     A review of the Google account associated with MATHINS revealed Smelecom listed as a visited website (Smelecom is a known tool used to manipulate a vehicle's odometer). Your affiant also observed a web search for "remove odometer cluster on 2016," "how to remove Subaru Tribeca 2007 odometer cluster," as well as an email from mailman@acvauctions.com that contained an attached ACV auctions bill of sale. According to the bill of sale, Moniekens Auto LLC: Jerry Mathins purchaAugust sed a 2005 Toyota Camry LE, VIN: 4T1BE32K95U051602 with 212,233 miles for a total of $1,050 on March 6, 2024. According to Maryland MVA records, the vehicle was titled on August 19, 2024, with 140,411 actual miles, which is a difference of 71,822 miles.

### Execution of Premises Search Warrant at Moniekens Auto

45.     On August 28, 2024, FBI and DOT agents executed federal search warrants on several premises and persons. Two of those warrants were executed at Moniekens Auto and MATHINS' residence. At Moniekens Auto, investigators seized approximately 153 instrument clusters, a manual identifying mileage rollback instructions, a black briefcase containing odometer rollback tools, as well as vehicle sales and export documents.

### Conclusion

To the best of my knowledge and belief, all statements made in this affidavit are true and correct. Based on the foregoing facts I believe probable cause exists supporting the issuance of a Criminal Complaint and arrest warrant charging Jerry John MATHINS with conspiracy to commit odometer tampering, in violation of 49 U.S.C. §§ 32703(4), 32709(b).

1:24-mj-2153-CDA

*Digitally signed by DANIEL FRANCIS KENNEY*
*Date: 2024.09.04 16:39:25 -04'00'*

Daniel F. Kenney
Special Agent
National Highway Traffic Safety Administration

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) on this 4th day of September 2024.

Hon. Charles D. Austin
UNITED STATES MAGISTRATE JUDGE